**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Willie James CALHOUN, Jr., Defendant–Appellant.**

**No. 11–10967.**

United States Court of Appeals, Eleventh Circuit.

Nov. 4, 2011.

Peter J. Sholl, W. Stephen Muldrow, Robert E. O'Neill, Thomas Nelson Palermo, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Jenny L. Devine, Federal Public Defender's Office, Tampa, FL, Benjamin Singerman, Donna Lee Elm, Office of the Federal Defender, Orlando, FL, for Defendant–Appellant.

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Benjamin Singerman, appointed counsel for Willie James Calhoun, Jr. in his appeal of the district court's revocation of his supervised release, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit,

counsel's motion to withdraw is **GRANT-ED,** and the order revoking Calhoun's supervised release, and imposing a 23–month total term of imprisonment to be followed by a 10–month term of additional supervised release, is **AFFIRMED.**